# Court of Appeals
# of the State of Georgia

ATLANTA,  October 13, 2022

*The Court of Appeals hereby passes the following order:*

**A23I0019. ERIC KENDRICK v. THE STATE.**

Following a jury trial, Eric Kendrick was convicted of aggravated assault, aggravated battery, possession of a firearm during commission of a felony, and possession of a firearm by a convicted felon. The jury acquitted Kendrick of a charge of armed robbery, but could not reach a decision as to a charge of participation in criminal street gang activity. The trial court declared a mistrial as to the street gang charge and Kendrick thereafter filed a motion for new trial on the charges of which he was convicted. After the trial court denied that motion, Kendrick obtained a certificate of immediate review and filed an application for an interlocutory appeal.

In his application, Kendrick argued that granting an interlocutory appeal would conserve judicial resources. Specifically, Kendrick reasoned that this Court should decide whether he was entitled to a new trial on any of the charges of which he was convicted before his retrial on the criminal street gang charge. We denied Kendrick's application, believing it would be more expedient to review any and all convictions at the same time. Kendrick has now moved for reconsideration of that order.

In his MFR, Kendrick points out that circumstances have changed since he filed his application for an interlocutory appeal because the criminal gang-related charges against him have now been dead docketed. Given this change in circumstance, Kendrick can exercise his right to appeal his criminal convictions only by way of an interlocutory appeal. See *Seals v. State*, 311 Ga. 739, 741-747 (2)-(3) (860 SE2d 419) (2021) (a criminal case remains pending below when one or more counts of a multi-count indictment have been placed on the dead docket and in such cases a defendant may obtain appellate review only through the interlocutory

application process); *Cole v. State*, ___ Ga. App. at ___ (Case No. A23A0101, decided Aug. 25, 2022) ("to pursue an appeal" in cases where some charges have been placed on the dead docket a "defendant must follow the procedures for an interlocutory appeal"). Accordingly, given the State's decision to dead docket the remaining charges against Kendrick, both Kendrick's motion for reconsideration and his motion for an interlocutory appeal are GRANTED. Kendrick shall have ten (10) days from the date of this order to file a notice of appeal in the trial court. The clerk of the superior court is DIRECTED to include a copy of this order in the appellate record transmitted to this Court.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___10/13/2022_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

___Stephen E. Castlen_____ , Clerk.